# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CORNELIUS SPENCER**  **PLAINTIFF**
**ADC #117794**

**V.**            Case No. 4:23-cv-00893-ERE

**DEXTER PAYNE,** *et al.*           **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice. The Clerk is directed to close the case.

DATED 27 May 2025.

_____
UNITED STATES MAGISTRATE JUDGE